**Order entered October 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00988-CV

**COREY STEELE, Appellant**

**V.**

**MARK HUMPHREYS, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04082**

## ORDER

The reporter's record in this case is overdue. By postcard dated August 22, 2019, we notified Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and Ms. Dobbins has not corresponded with the Court regarding the reporter's record.

Accordingly, we **ORDER** Vielica Dobbins, to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification no hearings were recorded.[1]

---

[1] Our records show appellant is entitled to proceed without payment of costs.

*We notify appellant that if we receive verification he has not requested the reporter's record we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

By motion dated October 4, 2019, appellant seeks a thirty day extension to file his brief. Because appellant's brief is not due until thirty days after the record is complete, we **DENY** appellant's motion as premature.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Bridgett N. Whitmore
Presiding Judge
193rd Judicial District Court

Vielica Dobbins
Official Court Reporter
193rd Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE